

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00295-CV

Lawrence W. **SHIPLEY** III,
Appellant

v.

Andrea **VASQUEZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI12988
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's unopposed motion to change the style of appeal is granted. The style of this appeal is changed to Lawrence W. Shipley III v. Andrea Vasquez.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court